In the United States District Court
For the District of Nebraska

| | |
|---|---|
| MUTUAL OF OMAHA INSURANCE COMPANY, a Nebraska corporation,<br>　　　　Plaintiff,<br>　　v.<br>OPRAH WINFREY, an individual, and HARPO PRODUCTIONS, INC., an Illinois corporation,<br>　　　　Defendants. | No. 8:09-cv-145<br><br>ORDER |

This matter is before the court on Mutual of Omaha Insurance Company's motion for voluntary dismissal without prejudice of the action, Filing No. 15. For good cause shown,

IT IS ORDERED:

1.　Mutual of Omaha Insurance Company's motion (Filing No. 15) is granted. This action is dismissed without prejudice.

Dated this 21st day of October, 2009.

　　　　　　　　　　　　　　　　　　　BY THE COURT:

　　　　　　　　　　　　　　　　　　　s/ Joseph F. Bataillon
　　　　　　　　　　　　　　　　　　　Chief United State District Judge